Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARLTON J. HARRIS

    Plaintiff

vs.

GOVERNMENT OF THE DISTRICT OF COLUMBIA

    Defendant

Civil No.    18-2390    (ABJ)

Category    L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  10/22/2018  from  Judge Emmet G. Sullivan

to  Judge Amy Berman Jackson  by direction of the Calendar Committee.

(Case Not Related)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:  Judge Emmet G. Sullivan

Judge Amy Berman Jackson  & Courtroom Deputy
Liaison, Calendar and Case Management Committee