UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON HARRIS,<br><br>    *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    *Defendant.* | Civil Action No. 1:18-cv-2390-ABJ |

**JOINT MOTION TO STAY REMAINING SCHEDULING ORDER DEADLINES**

Plaintiff Carlton Harris and Defendant the District of Columbia respectfully move the Court under Fed. R. Civ. P. 16(b)(4) to stay the remaining scheduling order deadlines pending mediation. A memorandum of points and authorities supporting this request accompanies this motion. A proposed order is also attached.

DATED: September 25, 2020

Respectfully submitted

*/s/ William Claiborne*
WILLIAM CLAIBORNE [446579]
ClaiborneLaw
717 D Street, N.W., Suite 300
Washington, D.C. 20004
(202) 824-0700
claibornelaw@gmail.com

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for
the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ Philip A. Medley
PHILIP A. MEDLEY [1010307]
BENJAMIN BRYANT [1047632]
Assistant Attorneys General
400 6th Street, N.W.
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
philip.medley@dc.gov

*Counsel for the District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON HARRIS, <br><br> *Plaintiff,* <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant.* | Civil Action No. 1:18-cv-2390-ABJ |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO STAY REMAINING SCHEDULING ORDER DEADLINES

Plaintiff Carlton Harris and Defendant the District of Columbia seek a stay of the remaining scheduling order deadlines under Fed. R. Civ. P. 16(b)(4) pending mediation. On June 15, 2020, the Court issued a Minute Order granting Plaintiff's Consent Motion to Modify Scheduling Order and setting the following deadlines: September 25, 2020 for the completion of Phase I fact discovery; and October 16, 2020 for the parties to submit a joint status report. On August 13, 2020, the Court, at the parties' request, issued an Order referring this case to Magistrate Judge Robin M. Meriweather[1] for mediation. The Court's Order did not specifically address the remaining scheduling order deadlines.

The Court may stay or modify a scheduling order upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause supports this request because the parties are interested in mediation, and if the parties can ultimately settle this matter, further discovery would be unnecessary.

---

[1] On September 16, 2020, Judge Meriweather's law clerk informed the parties that Judge Meriweather is no longer able to mediate this matter, and the matter will be referred to the District Court Mediation Program.

For these reasons, the parties respectfully request that the Court grant this motion.

DATED:  September 25, 2020                Respectfully submitted

*/s/ William Claiborne*
WILLIAM CLAIBORNE [446579]
ClaiborneLaw
717 D Street, N.W., Suite 300
Washington, D.C. 20004
(202) 824-0700
clairbornelaw@gmail.com

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for
the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

*/s/ Philip A. Medley*
PHILIP A. MEDLEY [1010307]
BENJAMIN BRYANT [1047632]
Assistant Attorneys General
400 6th Street, N.W.
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
philip.medley@dc.gov

*Counsel for the District of Columbia*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON HARRIS,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant.* | Civil Action No. 1:18-cv-2390-ABJ |

### ORDER

Upon consideration of the Joint Motion to Stay Remaining Scheduling Order Deadlines, the entire record herein, and for good cause shown, it is this _____ day of _____ 2020, hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** the remaining scheduling order deadlines shall be stayed *nunc pro tunc* to August 13, 2020 pending further order of this Court.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge